# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BENJAMIN JOHN BIESE,

           Plaintiff,

     -vs-                                    Case No.   14-CV-0488

SHERIFF BRADLEY G. GEHRING,
CORRECTIONAL HEALTH SERVICES, Outagamie County Jail,
JAIL UNDERSHERIFF, Outagamie County Jail,
JAIL COMMANDER, Outagamie County Jail,
JOHN DOE, 4th Floor Sgt, Outagamie County Jail, and
UNKNOWN, CJU, Outagamie County,

           Defendants.

## DECISION AND ORDER

In an Order entered May 12, 2014, the Court directed the plaintiff to file a certified copy of his prison trust account statement for the six months prior to the filing of his complaint on or before May 30, 2014. The plaintiff was advised the plaintiff that failure to comply would result in denial of his motion for leave to proceed *in forma pauperis*. Nevertheless, to date, the plaintiff has not submitted a copy of his trust account statement or in any other way communicated with the Court.

**IT IS THEREFORE ORDERED** that the plaintiff's motion for leave to proceed *in forma pauperis* (Docket #4) is **denied**.

**IT IS FURTHER ORDERED** that by **Friday, August 22, 2014**, the plaintiff

shall forward to the Clerk of Court the sum of $400.00 as the full filing fee for this action. The plaintiff's failure to comply with this order will result in dismissal of this action. The payment shall be clearly identified by the case name and number assigned to this action.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the warden of the institution where the plaintiff is confined.

Dated at Milwaukee, Wisconsin, this 8th day of August, 2014.

**SO ORDERED,**

_____
**HON. RUDOLPH T. RANDA**
**U. S. District Judge**